

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Hicks | Civil Action No. 21-cv-01866-JLS-WVG |
| Plaintiff, | |
| V. | |
| D. Clayton, M.D.; P. Shakiba, M.D.; Dr. S. Roberts, CME; M. Glynn, CEO; S. Gates Chief, Health Care Appeals | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's Motion to Proceed IFP (ECF No. 2) as barred by 28 U.S.C. § 1915(g), DISMISSES this civil action based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. § 1914(a), CERTIFIES that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). Case is closed.

Date:     12/7/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D. Frank

D. Frank, Deputy